RATHBORNE v. HATCH.

(Supreme Court, Appellate Division, First Department. January 10, 1902.)

APPEAL—QUESTION NOT RAISED BELOW.

Where the insufficiency of the complaint was not raised below as ground for overruling a demurrer to a counterclaim, a judgment sustaining the demurrer will not be reversed on that ground, there being no contention that the decision holding the counterclaim to be bad was erroneous.

Appeal from special term, New York county.

Action by Charles L. Rathborne against Edward Hatch. From an interlocutory judgment sustaining plaintiff's demurrer to defendant's counterclaim, defendant appeals on the sole ground that the complaint itself is bad. Affirmed.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGHLIN, O'BRIEN, and INGRAHAM, JJ.

Henry Tompkins, for appellant.
George E. Morgan, for respondent.

PER CURIAM. The question of the sufficiency of the complaint was not raised at special term, and was not, therefore, passed upon. We have, however, examined the complaint, and think it states a good cause of action. It is not contended by the appellant that the decision of the special term holding the counterclaim to be bad is erroneous, and it therefore follows that the judgment should be affirmed, with costs.